**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. STACEY SEYLER-SPRECHER**, <br><br> *Relator*, <br><br> v. <br><br> **SOUTHEASTERN HOME HEALTH SERVICES OF PA, LLC**, <br><br> *Defendant*. | **Case No. 5:19-cv-03693-JDW** |

## ORDER

**AND NOW**, this 3rd day of March, 2026, upon review of the United States' Notice Of Election To Decline Intervention (ECF No. 27) pursuant to 31 U.S.C. § 3730(b)(4)(B), it is **ORDERED** as follows:

1.     The Clerk of Court shall **UNSEAL** the Redacted False Claims Act Complaint (ECF No. 5 ) (the "Amended Complaint") and the United States' Notice Of Election To Decline Intervention (ECF No. 27);

2.     All other filings in the case prior to this Order shall remain under seal, and no Party shall make those filings public or serve them upon Defendant Southeastern Home Health Services of PA, LLC;

3.     Going forward, all future filings, including this Order, shall not be filed under seal;

4.	The Clerk of Court shall **LIFT** the seal over this matter;

5.	Relator Stacey Seyler-Sprecher shall serve a copy of the Amended Complaint on Southeastern Home in accordance with the applicable rules governing service;

6.	After serving the Amended Complaint, Ms. Seyler-Sprecher shall serve a copy of this Order and the United States' Notice Of Election To Decline Intervention (ECF No. 27) on Southeastern Home;

7.	Following entry of this Order, the Parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3);

8.	The United States may order any deposition transcript and is entitled to intervene in this action, for good cause, at any time;

9.	The Parties shall serve any notices of appeal upon the United States;

10.	Going forward, the Clerk of Court shall send all my Orders in this matter to the United States; and

11.	Should Ms. Seyler-Sprecher or Southeastern Home propose that this action be dismissed, settled, or otherwise discontinued, I will solicit the United States' written consent before dismissing or discontinuing this matter.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.